**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

GENENTECH, INC. and HOFFMANN-LA ROCHE INC.,

Plaintiffs,

v.

BIOCON BIOLOGICS INC., BIOCON BIOLOGICS LTD., BIOCON BIOLOGICS UK LTD., BIOCON BIOLOGICS GERMANY GMBH,

Defendants.

Civil Action No. 2:26-cv-09585

*Document Electronically Filed*

**STIPULATION AND ORDER ADDRESSING SERVICE AND ANSWER DATE**

This matter is presented to the Court by Plaintiffs Genentech, Inc. and Hoffmann-La Roche Inc. (together, "Plaintiffs") and Defendants Biocon Biologics Inc., Biocon Biologics Ltd., Biocon Biologics UK Ltd., and Biocon Biologics Germany GmbH (collectively, "Defendants") by stipulation and proposed order to effect service and set a deadline for the Defendants to answer or otherwise respond to the complaint.

WHEREAS Plaintiffs filed this action on July 29, 2026 (ECF No. 1);

WHEREAS Plaintiff served the summons and complaint on Biocon Biologics Inc. at its New Jersey headquarters on August 12, 2026; and

WHEREAS Defendants have agreed not to challenge that service of the summons and complaint on Biocon Biologics Inc. was sufficient to effect service on all Defendants as of August 12, 2026 for purposes of this action only, on the condition that all Defendants have sixty (60) days from that date to respond to the complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court:

1. Defendants agree not to challenge Plaintiff's service of the summons and complaint on all Defendants as of August 12, 2026 for purposes of this action only; and

2. Defendants shall have until October 12, 2026, to answer or otherwise respond to the complaint.

s/ Charles H. Chevalier
Charles H. Chevalier
Christian Villatoro
FBT GIBBONS LLP
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@fbtgibbons.com
cvillatoro@fbtgibbons.com

Of Counsel

Michael A. Morin
David P. Frazier
Inge A. Osman
Ashley Fry
Rozzi Upton
Sarah Propst
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
david.frazier@lw.com
inge.osman@lw.com
ashley.fry@lw.com
rozzi.upton@lw.com
sarah.propst@lw.com

Yi Sun
Shayla Birath
Latham & Watkins LLP
12670 High Bluff Dr.
San Diego, California
(858) 523-5400
yi.sun@lw.com
shayla.birath@lw.com

Ramya Sri Vallabhaneni

s/ Rebekah R. Conroy
Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*

Jeanna M. Wacker
Benjamin Lasky
Mark McLennan
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jeanna.wacker@kirkland.com
blasky@kirkland.com
mark.mclennan@kirkland.com

*Attorneys for Defendants Biocon Biologics Inc., Biocon Biologics Ltd., Biocon Biologics UK Ltd., and Biocon Biologics Germany GmbH*

Denise Laspina
Sahil Agrawal
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Phone: (212) 906-2931
ramya.vallabhaneni@lw.com
denise.laspina@lw.com
sahil.agrawal@lw.com

Yiwei (Lily) Jiang
Latham & Watkins LLP
330 North Wabash Ave, Suite 2800
Chicago, Illinois 60611
Phone: (312) 777-7235
Lily.jiang@lw.com

*Attorneys for Plaintiffs*
*Genentech, Inc. and*
*Hoffmann-La Roche Inc*

SO ORDERED THIS 3rd day of September 2026.

Leda Dunn Wettre

The Honorable Leda Dunn Wettre, U.S.M.J.